# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133095
(69)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 133095
                                        COA: 262698
                                        Jackson CC: 04-000690-FC

WILLIAM JAMES HASTINGS,
      Defendant-Appellant.

_____/

     On order of the Court, the motion for reconsideration of this Court's June 22, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

     Kelly, J., would grant reconsideration and, on reconsideration, would grant leave to appeal for the reasons stated in Justice Markman's previous statement in this case.

     MARKMAN , J., would grant reconsideration and, on reconsideration, would grant leave to appeal for the reasons set forth in his statement at *People v Hastings*, 478 Mich 914 (2007).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

_____
Clerk